Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. | **Your Name:*** Michael Y. Hsueh | 7. **Your Phone Number:** (310) 498-3559 | |
| 2. | **Your Email Address: *** mhsueh@bwslaw.com | 8. **Full Case Number (if applicable):** 5:20-cv-02026 | |
| 3. | **Receipt Number:*** 0971-14306949 | **9. Fee Type:*** | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. | **Transaction Date:*** 03/23/2020 | | |
| 5. | **Transaction Time:*** 4:16 pm | | |
| 6. | **Transaction Amount (Amount to be refunded):*** $ 400.00 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges* or no fee required.
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Duplicate charge - Correct receipt number 0971-14306886

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: | ☐ Approved<br>☐ Denied<br>☒ Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: 3/24/2020 | Request approved/denied by: *Ana Banares* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Explain in detail what caused the duplicate charge in #10. | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:*** | Michael Y. Hsueh | 7. **Your Phone Number:** | (310) 498-3559 |
| 2. **Your Email Address: *** | mhsueh@bwslaw.com | 8. **Full Case Number (if applicable):** | 5:20-cv-02026 |
| 3. **Receipt Number:*** | 0971-14306976 | 9. **Fee Type:*** | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | 03/23/2020 | | |
| 5. **Transaction Time:*** | 4:21 pm | | |
| 6. **Transaction Amount (Amount to be refunded):*** | $ 400.00 | | |

10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges* or no fee required.
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Duplicate charge - Correct receipt number 0971-14306886

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved  ☐ Denied  ✗ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date:  3/24/2020 | Request approved/denied by: *Ana Banares* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in *red\**); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| 1. **Your Name:\*** Michael Y. Hsueh | 7. **Your Phone Number:** (310) 498-3559 |
|---|---|
| 2. **Your Email Address: \*** mhsueh@bwslaw.com | 8. **Full Case Number (if applicable):** 5:20-cv-02026 |
| 3. **Receipt Number:\*** 0971-14307035 | 9. **Fee Type:\***  ☐ Attorney Admission ☑ Civil Case Filing ☐ FTR Audio Recording ☐ Notice of Appeal ☐ Pro Hac Vice ☐ Writ of Habeas Corpus |
| 4. **Transaction Date:\*** 03/23/2020 | |
| 5. **Transaction Time:\*** 4:40 pm | |
| 6. **Transaction Amount (Amount to be refunded):\*** $ 400.00 | |

10. **Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges* or no fee required.
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Duplicate charge - Correct receipt number 0971-14306886

✓ *Efile this form using* **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved ☐ Denied ❌ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 3/24/2020 | Request approved/denied by: *Ana Banares* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Explain in detail on #10 what caused the duplicate charge. | |
| Referred for OSC date (if applicable): | |